# Court of Appeals
# of the State of Georgia

ATLANTA,____August 12, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A2253. DANIEL A. SPOTTSVILLE v. THE STATE.

A jury convicted Daniel Spottsville of child molestation in 1998, and we affirmed his conviction in an unpublished opinion. *Spottsville v. State*, Case No. A03A0007 (decided February 4, 2003). Since the affirmance, Spotsville has had numerous filings in this Court. In April 2015, Spottsville filed a "Renewal of Motion to Modify Sentence," which the trial court denied. Spottsville filed both an application for discretionary appeal and a notice of direct appeal from this ruling. The discretionary appeal, which was docketed as Case Number A15D0481, was denied on July 21, 2015. We now have Spottsville's direct appeal before us.

"[W]hen this Court examines a request for a discretionary appeal, it acts in an error-correcting mode such that a denial of the application is on the merits, and the order denying the application is res judicata with respect to the substance of the requested review." (Citation and punctuation omitted.) *Elrod v. Sunflower Meadows Development,* 322 Ga. App. 666, 670 (4) (745 SE2d 846) (2013); see also *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003). Our denial of Spottsville's discretionary application bars this direct appeal from the same order. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/12/2015
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*